IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID SMITH AND KIM SMITH**                                    **PLAINTIFFS**

v.                        **CASE NO. 4:23-CV-01112 BSM**

**GELCO FLEET TRUST AND**
**THOMAS DANIEL PERROW**                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of March, 2025.

                                                           UNITED STATES DISTRICT JUDGE